IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL FEGANS,
REG. #042-06010                                                                                          PLAINTIFF

5:04CV00155HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                                  DEFENDANTS

## AMENDED ORDER

This Order hereby supercedes the Order entered January 20, 2009 (DE #228).

This matter is before the court on plaintiff's motion to approve payment to the court reporter (DE #225), which this Court construes as a motion for reimbursement of out-of-pocket expenses. Plaintiff asks for reimbursement in the amount of $432.55 for the cost of the September 5, 2008 deposition of plaintiff. Accordingly,

Plaintiff's motion to approve(DE #225) is hereby GRANTED.

Having considered the motion pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court hereby orders that the Clerk of the Court distribute to the named applicant, David O. Bowden, the amount of Four Hundred Thirty-Two Dollars and Fifty-Five Cents ($432.55) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

DATED this 26th day of January, 2009.

_____
Henry L. Jones, Jr.
United States Magistrate Judge

1