IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL J. FEGANS,
REG. #042-06010                                                                                          PLAINTIFF

v.                                          5:04CV00155HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 20th day of February, 2009.

_____
United   States   Magistrate   Judge

1